# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**FILED**

JAN 1 2 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)** Kendrick Robinson

**v.**

Case No. 14CV09064

**Defendant(s)**

Cook County Sheriffs

Motion

I Kendrick Robinson is filing a motion on case 14CV09064 against the Cook County Sheriffs on a 100,000 dollar law suit i file for violation of civil rights i have served them 3 times one certified mail see attached and they have not response i am asking for judgment in amount of 100,000 dollars